JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matei Geanta,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>Compass Health, Inc., a California Corporation, and Does 1 through 10,<br><br>　　　Defendants. | Case No. 13-cv-07416-BRO-JCG<br><br>**Order Granting Joint Stipulation of Voluntary Dismissal of Case** |

　Based on the Stipulation of the parties and for good cause appearing,

1. All purported individual claims belonging to Plaintiff against Defendant are dismissed with prejudice.
2. All purported PAGA claims against Defendant are dismissed without prejudice.
3. Each side will bear their own attorney's fees and costs.

Dated: August 29, 2017　　　　　　　_____

　　　　　　　　　　　　　　　　　　　United States District Court